# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON

**CRIMINAL CASE NO. 05-45-DLB**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. <u>ORDER</u> | |
| PHILLIP WELDON | DEFENDANT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (Doc. #48), and there being no objections filed by Defendant Phillip Weldon thereto; and the Court being otherwise sufficiently advised;

**IT IS ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc #48) be, and it is, hereby **adopted** as the findings of fact and conclusions of law of the Court; that Defendant Phillip Weldon's Motion to Suppress (Doc. #37) be, and it is, hereby **denied.**

This __6th__ day of October, 2005.



Signed By:
_David L. Bunning_  DB
United States District Judge